UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GARY GAYLOR, )<br>an individual, )<br> )<br>Plaintiff, )<br>v. )<br> )<br>GREENBRIAR OF DAHLONEGA )<br>SHOPPING CENTER, INC., )<br>a Georgia Corporation, )<br> )<br>Defendant. )<br>_____ ) | Case No.: 2:12-cv-00082-RWS |

**PLAINTIFF'S PRELIMINARY MOTION FOR
REASONABLE ATTORNEYS' FEES AND RELATED EXPENSES**

Plaintiff, Gary Gaylor ("Plaintiff"), brought the above-captioned action against Defendant pursuant to 42 U.S.C. § 12181 *et seq.* for violations of Title III of the Americans with Disabilities Act ("ADA"). As demonstrated by the Summary Judgment entered in favor of the Plaintiff on September 27, 2013, and such other orders entered by the Court in favor of Plaintiff during the pendency of this action, Plaintiff has achieved prevailing party status. Accordingly, Plaintiff seeks an award of reasonable attorneys' fees and related expenses of litigation and costs in accordance with 42 U.S.C. § 12205 of the ADA and the equitable powers

1

of the Court.

Pursuant to 42 U.S.C. § 12205, Fed. R. Civ. P. 54(d)(2), and Local Rule 54.2, Plaintiff hereby files his Preliminary Motion for Reasonable Attorneys' Fees and Related Expenses.  The total of attorneys' fees and related expenses, as of October 10, 2013, is approximately $114,822 (estimate of fees) and $5,872.19 (expenses), for a total of $120,694.19.

Pursuant to Local Rule 54.2, Plaintiff within thirty (30) days after filing this motion will file and serve a detailed specification and itemization of the requested award, with appropriate affidavits and other supporting evidence.

DATE: October 11, 2013                         Respectfully submitted,

                                                                THE MOORE LAW GROUP, LLC

                                                        By: **s/ John A. Moore,**
                                                                John A. Moore, Esq.
                                                                1745 Martin Luther King Jr. Drive
                                                                Atlanta, Georgia 30314
                                                                Tel: (678) 288-5601
                                                                Fax: (888) 553-0071
                                                                jmoore@moorelawllc.com
                                                                Ga. Bar ID No.: 519792

                                                                *and*

                                                                Brian T. Ku, Esq. (*pro hac vice*)
                                                                brian@kumussman.com
                                                                M. Ryan Casey, Esq. (*pro hac vice*)

ryan@kumussman.com
KU & MUSSMAN, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(b) in 14-point Times New Roman typeface.

**s/ John A. Moore, Esq.**
Georgia Bar Number: 519792
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Lee Welborn, Esq.
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, Georgia 30060

**s/ John A. Moore, Esq.**
Georgia Bar Number: 519792
Attorney for Plaintiff

3

The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Telephone: (678) 288-5601
Facsimile: (888) 553-0071
Email: jmoore@moorelawllc.com