Itemization of Bill of Costs[1]
*Gaylor v. Greenbriar of Dahlonega Shopping Center, Inc.*
2:12-cv-00082-RWS

| Category | Date | Vendor | Description | Total | Attachment |
|---|---|---|---|---|---|
| **Fees of the Clerk** | 04/09/2012 | N.D. Ga. Clerk | Filing Fee, Receipt Number 113E-3869156 | $350.00 | A |
| | 09/28/2012 | N.D. Ga. Clerk | Brian Ku Pro Hac Vice Fee, Receipt Number 113E-4180666 | $150.00 | B |
| | 10/24/2012 | N.D. Ga. Clerk | M. Ryan Casey Pro Hac Vice Fee, Receipt Number 113E-4224706 | $150.00 | C |
| **Fees for service of summons** | 04/16/2012 | Southern Professional Investigations | Service of Summons and Complaint | $90.00 | D |
| **Fees of the Court Reporter** | 11/16/2012 | Sharon D. Upchurch, RPR | Transcript of Hearing, November 16, 2012 | $48.50 | E |
| **Fees for exemplification and copies of papers** | 04/09/2012-10/25/2013 | Ku & Mussman, P.A. | Printing ($0.25 per page – see attached declaration) | $433.25 | F |
| **Other costs** | 11/16/2012 | Speakeasy Reporting, LLC | Transcript of 30(b)(6) Deposition of Defendant | $743.00 | G |
| | 01/11/2013 | Caliber Court Reporting, Inc. | Transcript of Plaintiff's Deposition | $366.82 | H |
| | | | **Total** | **$2331.27** | |

---

[1] This does not represent all of Plaintiff's expenses in this matter, but rather those that are "taxable" within the meaning of 28 U.S.C. § 1920. Plaintiff's other expenses, which are recoverable under 42 U.S.C. § 12205, will be set forth in Plaintiff's Motion for Reasonable Attorneys' Fees and Related Expenses (forthcoming).