EXHIBIT A

**Reyna Sarmiento**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, April 09, 2012 3:51 PM |
| **To:** | Reyna Sarmiento |
| **Subject:** | Pay.gov Payment Confirmation: GAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: GAND CM ECF
Pay.gov Tracking ID: 256A6BTA
Agency Tracking ID: 113E-3869156
Transaction Type: Sale
Transaction Date: Apr 9, 2012 3:50:38 PM

Account Holder Name: LOUIS MUSSMAN
Transaction Amount: $350.00
Billing Address: 12550 Biscayne Blvd.
Billing Address 2: Suite 406
City: Miami
State/Province: FL
Zip/Postal Code: 33181
Country: USA
Card Type: Visa
Card Number: ************6497

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.